■ The People of the State of New York, Respondent, v Daniel Felder, Appellant. [754 NYS2d 910] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 16, 1996 (*People v Felder*, 231 AD2d 589), affirming a judgment of the County Court, Nassau County, rendered July 5, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745). Ritter, J.P., Altman, S. Miller and McGinity, JJ., concur.

■ The People of the State of New York, Respondent, v Steven Feliciano, Appellant. [753 NYS2d 754] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Adler, J.), imposed August 10, 2001, on the ground that the sentence is both illegal and excessive.

Ordered that the sentence is affirmed.

The sentence imposed was within the statutory guidelines and was not excessive (*see People v Neish*, 232 AD2d 744; *People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions are without merit. Prudenti, P.J., Ritter, S. Miller, McGinity and Townes, JJ., concur.